United States Court of Appeals
Fifth Circuit

**F I L E D**

October 5, 2006

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 06-10011
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CHRIS RICHARD DREW,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:04-CR-48-ALL
--------------------

Before JONES, Chief Judge, and SMITH and STEWART, Circuit Judges.

PER CURIAM:[*]

Appealing the Judgment in a Criminal Case, Chris Richard
Drew raises arguments that are foreclosed by <u>United States v.</u>
<u>McCarty</u>, 36 F.3d 1349, 1361 (5th Cir. 1994), which held that the
Double Jeopardy Clause does not bar punishments under both 18
U.S.C. §§ 924(c) and 2113(a) and (d).  The Government's motion
for summary affirmance is GRANTED, and the judgment of the
district court is AFFIRMED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.